


United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number:  24-CV-01772

Name:  Antonio Gregory Brooks

Address:  2701 Park Center Drive

Apt B905

Alexandria, VA 22302

Telephone Number:  910-987-0787

Email Address:  antoniobrooks20@gmail.com

The undersigned:
  ➢ Consents to receiving notice of filings pursuant to Fed. R. Civ. P.
    5(b) via the Court's electronic filing system.
  ➢ Waives service and notice by first class mail of all electronically filed
    documents to include orders and judgments.
  ➢ Is responsible for immediately notifying the court in writing of any
    change of email address.
  ➢ Must be registered with PACER (www.pacer.gov).

Signature:  _____  Date:  12 Oct 2024

Court Use Only:

The request is GRANTED _____   or DENIED _____

_____        _____
(Judge's Signature)                    (Date)