Case 1:24-cv-01772-RDA-WBP   Document 3-1   Filed 10/22/24   Page 1 of 1 PageID# 45

Antonio Brooks
2701 Park Center Dr.
Apt. B905
Alexandria, VA 22302

CHARLOTTE NC 280
16 OCT 2024 PM 4 L

RECEIVED MAILROOM
OCT 22 2024

U.S. MARSHALS INSPECTED

Clerk of Court
Civil Division
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

22314-570499