UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

_____
          **Plaintiff(s),**

  **v.**

                                                     **Civil Action Number:** _____

_____
          **Defendant(s),**

## LOCAL RULE 83.1 (N) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of** _____.
                                                                                                    **(Title of Document)**

_____
Name of *Pro Se* Party (Print or Type)

_____
 Signature of *Pro Se* Party

Executed on: _____(Date)

                                                    **OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____(Date)